UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-CR-88-D

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | | ORDER TO SEAL |
| v. | | |
| JEFFREY GARZA, JR. | | |

On motion of the Defendant, Jeffrey Garza, Jr., and for good cause shown, it is hereby

ORDERED that **DE 61** be sealed until further notice by this Court.

SO ORDERED. This ⁊ day of September, 2021.

JAMES C. DEVER III
United States District Judge